

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Joey Contreras, Judge Presiding

# O R D E R

On June 7, 2018, the State filed a Notice of Appeal, Certification, and Request for Stay. In its notice of appeal, the State indicates it is appealing the trial court's order granting the Defendant's Motion to Quash the Indictment. The State further indicates the order granting the motion to quash was signed on June 6, 2018. A copy of the clerk's record includes a copy of the Defendant's Motion to Quash; however, there is no separate order indicating the trial court's ruling. Rather, the phrase "Granted as to Count I" followed by the trial judge's signature is hand written at the top of the motion. Nowhere on the motion does it indicate the date upon which the trial court signed its order.

We therefore **ORDER** the trial court to sign an order with its original ruling as well as the date upon which it made its original ruling on or before **July 23, 2018**. We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order no later than fifteen days after the date the trial court completes the order.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the trial court clerk, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.

Keith E. Hottle
Clerk of Court